DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CUIDAD DE NUESTROS ANGELES I, LLC,** a
Florida Limited Liability Company,
Appellant,

v.

**ULYSSES ASSET SUB I, LLC,** a Delaware Limited Liability Company, as
Successor in Interest to **T5 UNISON SITE MANAGEMENT LLC,** a
Delaware Limited Liability Company, and **INVERRARY RESORT
HOTEL CONDOMINIUM ASSOCIATION, INC.,** an
Administratively Dissolved Florida Corporation,
Appellees.

No. 4D2022-2116

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE19-002919(02).

Bradley Arthur Muhs and Marie Tomassi of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., St. Petersburg, for appellant.

Dean Angelo Morande of Carlton Fields, West Palm Beach, and Christopher W. Smart and Scott D. Feather of Carlton Fields, Tampa, for appellee Ulysses Asset Sub I, LLC.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***